MATTHEW P. GUICHARD, SBN 107450
WILLIAM L. PORTELLO, SBN 166845
CHRISTOPHER K. TENG, SBN 176431
GUICHARD, TENG & PORTELLO, A.P.C.
Sutter Square
1800 Sutter Street, Suite 730
Concord, California 94520
Telephone: (925) 459-8440
Facsimile: (925) 459-8445

**Attorneys for Defendant,
POWER ENGINEERING AND MANUFACTURING, LTD.**

D. MICHAEL SCHOENFELD, SBN 102332
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street
Sacramento, California 95811
Telephone: (916) 446-2300
Facsimile: (916) 503-4000

Attorneys for NADA PACIFIC CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO

| | |
|---|---|
| NADA PACIFIC CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>POWER ENGINEERING AND MANUFACTURING, LTD., an Iowa corporation,<br><br>Defendant. | Case No. C12-5133 JCS<br><br>**STIPULATION TO FILE ANSWER TO COMPLAINT**<br><br>Complaint Filed: October 3, 2012 |

IT IS HEREBY STIPULATED between the parties, plaintiff NADA PACIFIC CORPORATION ("Plaintiff") and defendant POWER ENGINEERING AND MANUFACTURING, LTD. ("Defendant"), by and through their attorneys of record, that Defendant may have one week extension of time, or up to and including November 13, 2012, in which to file the Answer to Plaintiff's Complaint on file in this matter.

- 1 -

Said extension is solely for the purpose of filing an answer, and that no extension is available for purposes of a motion, whether 12b6, challenge to venue, challenge to jurisdiction, etc.

SO STIPULATED.

Dated: 11/2/12

GUICHARD TENG & PORTELLO, A.P.C.

By: _____
MATTHEW P. GUICHARD
WILLIAM L. PORTELLO
CHRISTOPHER K. TENG
Attorneys for Defendant POWER ENGINEERING AND MANUFACTURING, LTD.

Dated: November 2, 2012

MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: _____
D. MICHAEL SCHOENFELD
Attorneys for Plaintiff NADA PACIFIC CORPORATION

Dated: November 6, 2012

**IT IS SO ORDERED**
Judge Joseph C. Spero
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

GUICHARD, TENG & PORTELLO A.P.C
SUTTER SQUARE
1800 Sutter Street, Suite 730, Concord, CA 94520
Telephone: (925) 459-8440; Facsimile: (925) 459-8445

- 2 -

STIPULATION TO FILE ANSWER TO COMPLAINT
USDC NO. C12-5133 JCS

GUICHARD, TENG & PORTELLO A.P.C
SUTTER SQUARE
1800 Sutter Street, Suite 730, Concord, CA 94520
Telephone: (925) 459-8440; Facsimile: (925) 459-8445

**PROOF OF SERVICE**
*NADA Pacific Corp. v. Power Engineering and Manufacturing, Ltd.*
USDC Northern, Case No. C12-5133 JCS

I am a citizen of the United States. My business address is 1800 Sutter Street, Suite 730, Concord, California, 94520. I am employed in the county of Contra Costa where this service occurs. I am over the age of 18 years, and not a party to the within cause. On the date herein below, following ordinary business practice, I served the following document(s):

**STIPULATION TO FILE ANSWER TO COMPLAINT**

■   **(BY MAIL)** I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. I caused this date envelope(s) containing said document(s), with postage thereon fully prepaid and addressed to the offices of the addressee(s) listed below, to be placed in the United States mail at Concord, California, according to ordinary business practices.

❑   **(BY FAX)** I transmitted via facsimile said document(s) to the offices of the addressee(s) listed below on this date before 5:00 p.m.

❑   **(BY OVERNIGHT DELIVERY)** I caused this date envelope(s) containing said document(s) addressed to the addressee(s) listed below to be delivered to an overnight delivery carrier with delivery fees provided for.

❑   **(BY PERSONAL SERVICE)** I arranged for a messenger to deliver on this date before 5:00 p.m., a true and correct copy of said document(s) to be personally served on the party(ies) listed below:

❑   **(BY VIA ELECTRONIC SERVICE-(E-MAIL))** I transmitted via e-mail said document(s) to the offices of the e-mail addresses listed below on this date before 5:00 p.m.

| Attorneys for NADA PACIFIC CORP.<br><br>D. Michael Schoenfeld, Esq.<br>MURPHY AUSTIN ADAMS SCHOENFELD LLP<br>304 "S" Street<br>Sacramento, California  95811<br>Telephone:    (916) 446-2300<br>Facsimile:     (916) 503-4000<br>Email: mschoenfeld@murphyaustin.com | |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **November 5, 2012** at Concord, California.

I served the above document(s) upon the instructions of a member of State Bar of California.

Johanna Albornoz

PROOF OF SERVICE