IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADA PACIFIC CORPORATION, ) | Case No. 12-5133 SC |
| ) | |
| Plaintiff, ) | ORDER DENYING STIPULATION TO |
| ) | CONTINUE TRIAL DATE |
| v. ) | |
| ) | |
| POWER ENGINEERING AND ) | |
| MANUFACTURING, LTD., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| AND RELATED CROSS-ACTIONS ) | |
| ) | |

The parties in the above-captioned matter have stipulated to the filing of amended pleadings. They have also stipulated to continuing the February 18, 2014 trial date to June 23, 2014, and request that the Court grant such a continuance. The parties' request for a continuance is DENIED. The trial date and all pre-trial deadlines remain undisturbed.

IT IS SO ORDERED.

Dated: September 18, 2013

UNITED STATES DISTRICT JUDGE