D. MICHAEL SCHOENFELD, SBN 102332
J. SCOTT ALEXANDER, SBN 190034
LISA D. NICOLLS, SBN 234376
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California 95812-1319
Telephone:   (916) 446-2300
Facsimile:   (916) 503-4000
Email:   mschoenfeld@murphyaustin.com
Email:   salexander@murphyaustin.com
Email:   lnicolls@murphyaustin.com

Attorneys for Plaintiff and Cross-Defendant
NADA PACIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADA PACIFIC CORPORATION, a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>POWER ENGINEERING AND MANUFACTURING, LTD., an Iowa corporation,<br><br>　　　　Defendant. | Case No. 3:12-cv-05133-SC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| AND RELATED CROSS-ACTIONS. | |

　　　　WHEREAS, plaintiff Nada Pacific Corporation ("Nada") filed a Complaint against defendant Power Engineering and Manufacturing, Ltd. ("PEM") on or about October 3, 2012;

　　　　WHEREAS, plaintiff Nada filed an Amended Complaint against PEM and Besser Company ("Besser") on or about September 16, 2013;

　　　　WHEREAS, PEM filed a Third Party Complaint against Besser on or about November 27, 2012;

　　　　WHEREAS, PEM filed a Third Party Complaint against Akkerman, Inc. ("Akkerman") on or about April 29, 2013;

1     WHEREAS, PEM filed an Amended Third Party Complaint against Besser and Akkerman on or about September 16, 2013;

3     WHEREAS, Akkerman filed a Cross-Claim against Nada on or about May 28, 2013;

4     WHEREAS, Akkerman filed an Amended Cross-Claim against Nada and Besser on or about September 17, 2013

6     WHEREAS, Nada, PEM, Besser, and Akkerman all agree that this matter may be dismissed without prejudice consistent with the terms of the Tolling Agreement which has been concurrently executed by all parties;

9     NOW, THEREFOR, IT IS HEREBY STIPULATED by Nada, PEM, Besser and Akkerman that Nada's Complaint and Amended Complaint, and all third party complaints and cross-claims asserted by PEM and Akkerman in the above-captioned action be and hereby are dismissed without prejudice pursuant to FRCP 41.

Dated: October 8, 2013      MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: _____
D. MICHAEL SCHOENFELD
Attorneys for Plaintiff and Cross-Defendant
NADA PACIFIC CORPORATION

Dated: _____, 2013      GUICHARD TENG & PORTELLO, A.P.C.

By: _____
MATTHEW P. GUICHARD
WILLIAM L. PORTELLO
CHRISTOPHER K. TENG
Attorneys for Defendant and Third-Party
Plaintiff POWER EGINEERING AND
MANUFACTURING, LTD.

1  WHEREAS, PEM filed an Amended Third Party Complaint against Besser and Akkerman
2  on or about September 16, 2013;
3  WHEREAS, Akkerman filed a Cross-Claim against Nada on or about May 28, 2013;
4  WHEREAS, Akkerman filed an Amended Cross-Claim against Nada and Besser on or
5  about September 17, 2013
6  WHEREAS, Nada, PEM, Besser, and Akkerman all agree that this matter may be
7  dismissed without prejudice consistent with the terms of the Tolling Agreement which has been
8  concurrently executed by all parties;
9  NOW, THEREFOR, IT IS HEREBY STIPULATED by Nada, PEM, Besser and
10 Akkerman that Nada's Complaint and Amended Complaint, and all third party complaints and
11 cross-claims asserted by PEM and Akkerman in the above-captioned action be and hereby are
12 dismissed without prejudice pursuant to FRCP 41.

Dated: _____, 2013    MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: _____
D. MICHAEL SCHOENFELD
Attorneys for Plaintiff and Cross-Defendant
NADA PACIFIC CORPORATION

Dated: 10/9, 2013    GUICHARD TENG & PORTELLO, A.P.C.

By: _____
MATTHEW P. GUICHARD
WILLIAM L. PORTELLO
CHRISTOPHER K. TENG
Attorneys for Defendant and Third-Party
Plaintiff POWER ENGINEERING AND
MANUFACTURING, LTD.

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

| | |
|---|---|
| Dated: Oct 7, 2013 | BAKER & HOSTETLER LLP |
| | By: _____ |
| | CORY M. CURTIS |
| | Attorneys for Third Party Defendant |
| | BESSER COMPANY |
| Dated: _____, 2013 | HOVERSTEN, JOHNSON, BECKMAN & HOVEY, LLP |
| | By: _____ |
| | CAMERON D. DAVIS |
| | Attorneys for Third Party Defendant and Cross-Claimant AKKERMAN INC. |

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

- 3 -

2677.003-1511907.1

STIPULATION FOR DISMISSAL 3:12-CV-05133-SC

| | | |
|---|---|---|
| 1 | Dated: _____, 2013 | BAKER & HOSTETLER LLP |
| 2 | | |
| 3 | | By: _____ |
| | | CORY M. CURTIS |
| 4 | | Attorneys for Third Party Defendant BESSER COMPANY |
| 5 | | |
| 6 | Dated: 10-4-13, 2013 | HOVERSTEN, JOHNSON, BECKMAN & HOVEY, LLP |
| 7 | | |
| 8 | | |
| 9 | | By: _____ |
| | | CAMERON D. DAVIS |
| 10 | | Attorneys for Third Party Defendant and Cross-Claimant AKKERMAN INC. |

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

10/10/2013

IT IS SO ORDERED

Judge Samuel Conti