D. MICHAEL SCHOENFELD, SBN 102332
J. SCOTT ALEXANDER, SBN 190034
LISA D. NICOLLS, SBN 234376
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California 95812-1319
Telephone:  (916) 446-2300
Facsimile:  (916) 503-4000
Email:  mschoenfeld@murphyaustin.com
Email:  salexander@murphyaustin.com
Email:  lnicolls@murphyaustin.com

Attorneys for Plaintiff and Cross-Defendant
NADA PACIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADA PACIFIC CORPORATION, a California corporation,<br><br>   Plaintiff,<br><br>v.<br><br>POWER ENGINEERING AND MANUFACTURING, LTD., an Iowa corporation,<br><br>   Defendant.<br><br>AND RELATED CROSS-ACTIONS. | Case No.  3:12-cv-05133-SC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

   WHEREAS, plaintiff Nada Pacific Corporation ("Nada") filed a Complaint against defendant Power Engineering and Manufacturing, Ltd. ("PEM") on or about October 3, 2012;

   WHEREAS, plaintiff Nada filed an Amended Complaint against PEM and Besser Company ("Besser") on or about September 16, 2013;

   WHEREAS, PEM filed a Third Party Complaint against Besser on or about November 27, 2012;

   WHEREAS, PEM filed a Third Party Complaint against Akkerman, Inc. ("Akkerman") on or about April 29, 2013;

1  WHEREAS, PEM filed an Amended Third Party Complaint against Besser and Akkerman on or about September 16, 2013;

2  WHEREAS, Akkerman filed a Cross-Claim against Nada on or about May 28, 2013;

3  WHEREAS, Akkerman filed an Amended Cross-Claim against Nada and Besser on or about September 17, 2013

4  WHEREAS, Nada, PEM, Besser, and Akkerman all agree that this matter may be dismissed without prejudice consistent with the terms of the Tolling Agreement which has been concurrently executed by all parties;

NOW, THEREFOR, IT IS HEREBY STIPULATED by Nada, PEM, Besser and Akkerman that Nada's Complaint and Amended Complaint, and all third party complaints and cross-claims asserted by PEM and Akkerman in the above-captioned action be and hereby are dismissed without prejudice pursuant to FRCP 41.

Dated: October 8, 2013

MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: _____
D. MICHAEL SCHOENFELD
Attorneys for Plaintiff and Cross-Defendant
NADA PACIFIC CORPORATION

Dated: _____, 2013

GUICHARD TENG & PORTELLO, A.P.C.

By: _____
MATTHEW P. GUICHARD
WILLIAM L. PORTELLO
CHRISTOPHER K. TENG
Attorneys for Defendant and Third-Party
Plaintiff POWER EGINEERING AND
MANUFACTURING, LTD.

1  WHEREAS, PEM filed an Amended Third Party Complaint against Besser and Akkerman on or about September 16, 2013;

WHEREAS, Akkerman filed a Cross-Claim against Nada on or about May 28, 2013;

WHEREAS, Akkerman filed an Amended Cross-Claim against Nada and Besser on or about September 17, 2013

WHEREAS, Nada, PEM, Besser, and Akkerman all agree that this matter may be dismissed without prejudice consistent with the terms of the Tolling Agreement which has been concurrently executed by all parties;

NOW, THEREFOR, IT IS HEREBY STIPULATED by Nada, PEM, Besser and Akkerman that Nada's Complaint and Amended Complaint, and all third party complaints and cross-claims asserted by PEM and Akkerman in the above-captioned action be and hereby are dismissed without prejudice pursuant to FRCP 41.

Dated: _____, 2013        MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: _____
D. MICHAEL SCHOENFELD
Attorneys for Plaintiff and Cross-Defendant
NADA PACIFIC CORPORATION

Dated: 10/9, 2013        GUICHARD TENG & PORTELLO, A.P.C.

By: _____
MATTHEW P. GUICHARD
WILLIAM L. PORTELLO
CHRISTOPHER K. TENG
Attorneys for Defendant and Third-Party
Plaintiff POWER EGINEERING AND
MANUFACTURING, LTD.

| | | |
|---|---|---|
| 1 | Dated: Oct 7, 2013 | BAKER & HOSTETLER LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | CORY M. CURTIS<br>Attorneys for Third Party Defendant<br>BESSER COMPANY |
| 5 | | |
| 6 | Dated: _____, 2013 | HOVERSTEN, JOHNSON, BECKMAN &<br>HOVEY, LLP |
| 7 | | |
| 8 | | |
| 9 | | By: _____ |
| 10 | | CAMERON D. DAVIS<br>Attorneys for Third Party Defendant and<br>Cross-Claimant AKKERMAN INC. |

| | | |
|---|---|---|
| 1 | Dated: _____, 2013 | BAKER & HOSTETLER LLP |
| 2 | | |
| 3 | | By: _____ |
| | | CORY M. CURTIS |
| 4 | | Attorneys for Third Party Defendant BESSER COMPANY |
| 5 | | |
| 6 | Dated: 10-4-13, 2013 | HOVERSTEN, JOHNSON, BECKMAN & HOVEY, LLP |
| 7 | | |
| 8 | | |
| 9 | | By: _____ |
| | | CAMERON D. DAVIS |
| 10 | | Attorneys for Third Party Defendant and Cross-Claimant AKKERMAN INC. |

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**

10/10/2013

IT IS SO ORDERED

Judge Samuel Conti